UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | CV 07-6589 PSG (SHx) | Date: | June 13, 2008 |
|---|---|---|---|
| Title: | Luz A Sandoval -vs- Sigma Foods, Inc. et al., | | |

Present: The Honorable: Philip S. Gutierrez, United States District Judge

| Irene Ramirez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

Not Present    Not Present

Proceedings: **(In Chambers) Order to Show Cause Re: Dismissal**

On the Court's own motion, hereby sets an Order to Show Cause regarding Dismissal for Monday, August 4, 2008 at 1:30 p.m.

---- : ----
Initials of Preparer          IR