UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ A. SANDOVAL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SIGMA FOODS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 07-06589 PSG (Shx)<br>[Hon. Philip S. Gutierrez - Courtroom 790]<br><br>[PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE |

The Court having considered the Stipulation between counsel for Plaintiff and counsel for Defendant Sigma Foods, Inc. for an Order dismissing this action with prejudice, as to Defendant Sigma Foods, Inc. and GOOD CAUSE APPEARING:

////
////
////
////
////
////
////

4840-8616-4226.1

-1-

[PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED that the above-entitled action in its entirety shall be dismissed with prejudice as to Defendant Sigma Foods, Inc. with each party to bear their own costs and attorneys fees. The court will retain jurisdiction over the parties for purposes of enforcement of the settlement if necessary.

IT IS SO ORDERED.

Dated: _____, 2008

By: _____
    The Hon. Philip S. Gutierrez
    United States District Judge